IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00338-WYD-MJW

BROOKE CLARK,

Plaintiff(s),

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Protective Order (docket no. 13) is GRANTED finding good cause shown.  The written Protective Order (docket no. 13-1) is APPROVED and made an Order of Court.

Date: April 16, 2014