IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00338-WYD-MJW

BROOKE CLARK,

Plaintiff(s),

v.

NATIONAL CREDIT ADJUSTERS, L.L.C., a Kansas limited liability company,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion to Extend the Discovery Cutoff Date and the Dispositive Motion Deadline (Docket No. 23) is granted. The Scheduling Order (Docket No. 22) is thus amended as follows. The discovery is extended up to and including October 15, 2014, for the limited purpose of plaintiff taking the depositions of defendant's witnesses, including its 30(b)(6) designee. In addition, the dispositive motion deadline is now November 17, 2014.

It is further ORDERED that counsel shall forthwith confer and set the above-mentioned depositions and file a deposition schedule with the court on or before this Friday, September 19, 2014. If counsel are unable to agree on such deposition dates, the court will set them.

Date: September 15, 2014